

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 26, 2019

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. William Hardee, a/k/a "Migo,"*
       19 Mag. 10756

Dear Judge McCarthy,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed in advance of the defendant's presentment.

                          Very truly yours,

                          GEOFFREY S. BERMAN
                          United States Attorney

               by: _____
                          Benjamin A. Gianforti
                          Assistant United States Attorney
                          (914) 993-1919

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy   11-26-19