UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

WILLIAM HARDEE,
               Defendant.
------------------------------------------------------------x

**ORDER**

19 MJ 10756

       By letter dated May 15, 2020, defendant William Hardee appealed the magistrate judge's denial of bail in this case. (Doc. #28).

       **A bail review hearing is hereby scheduled for May 28, 2020, at 3:00 p.m.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

       Accordingly, it is hereby ORDERED:

       1. By May 22, 2020, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

       2. By May 26, 2020, the government shall submit a written response to defendant's May 15 letter.

       3. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

       **Dial-In Number:**   **(888) 363-4749 (toll free) or (215) 446-3662**
       **Access Code:**       **1703567**

Dated: May 20, 2020
       White Plains, NY

SO ORDERED:

_Vincent L. Briccetti_
Vincent L. Briccetti, U.S.D.J.