UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :      **ORDER**
v.                              :
                                :      19 MJ 10756
WILLIAM HARDEE,                 :
                                   Defendant.        :
-------------------------------------------------------x

       For the reasons stated on the record at a telephone bail review hearing held today, conducted by teleconference, and attended by all counsel and defendant William Hardee, the Court ordered defendant detained pending indictment and trial and denied defendant's request for temporary release.  18 U.S.C. §§ 3142(e), (i).

Dated: May 28, 2020
       White Plains, NY                    SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1