UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

            -against-

William Hardee,

                      Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

19-mj-10756 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

A telephonic arraignment before Magistrate Judge Krause is hereby scheduled for

**Wednesday, March 10, 2021, at 3:00 p.m.**

Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line.  To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 2, 2021
       White Plains, New York

                                     **SO ORDERED.**

                                     _____
                                     ANDREW E. KRAUSE
                                     United States Magistrate Judge